## UNITED STATES PROBATION OFFICE
### FOR THE DISTRICT OF UTAH

## Request for International Travel

Name of Person: **Darren Rosenstein**                    Docket Number: **2:22CR00352-001 JNP**

Name of Sentencing Judicial Officer:          **Honorable Jill N. Parrish**
**Chief U.S. District Judge**

Date of Original Sentence: **October 16, 2025**
Original Offense:          **Theft of Government Funds**
Original Sentence:         **12 Months Probation**

Type of Supervision: **Probation**                    Current Supervision Began: **October 16, 2025**

### SUPERVISION SUMMARY

Mr. Rosenstein began his term of probation on October 16, 2025. During his time on supervision, he has had no known instances of noncompliance. Mr. Rosenstein has maintained an approved residence and employment, reporting to Probation as directed each month. He has satisfied the $100 special assessment fee and $100,000.000 in restitution ordered at sentencing, and has no outstanding financial conditions. He is currently being supervised on the low-risk caseload.

Mr. Rosenstein is requesting permission to travel internationally to Puerto Vallarta, Mexico leaving February 19, 2026, and returning February 22, 2026. The purpose of the travel is to visit his brother and his family for a family reunion. Mr. Rosenstein will be traveling with his son, and they will be staying at his brother's home.

Mr. Rosenstein understands if the Court grants permission to travel to Mexico, he is to provide a detailed itinerary to Probation for review.

Pursuant to Mr. Rosenstein's compliant history while on supervision, the Probation Office has no objection to the travel request.

If the Court desires more information or another course of action, please contact me at 801-535-2729.

I declare under penalty of perjury that the foregoing is true and correct.

_Casey Hardy Franson_
by Casey Hardy Franson
U.S. Probation Administrative Assistant
February 10, 2026

**THE COURT:**

☒    Approves the request noted above
☐    Denies the request noted above
☐    Other

_Jill N. Parrish_
Honorable Jill N. Parrish
Chief United States District Judge

Date: _2/12/2026_

Revised 12/17